IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY STENSTROM,<br><br>　　　　　Defendant. | 8:23CR14<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 25). The Court has carefully reviewed the record in this case and finds as follows:

1. On March 8, 2023, defendant Jeffrey Stenstrom ("Stenstrom") pleaded guilty to Count I of the Information (Filing No. 3) and admitted the Forfeiture Allegation. Count I of the Information charged Stenstrom with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(a).

2. The Forfeiture Allegation sought the forfeiture pursuant to 18 U.S.C. § 982(a)(1) of the following property ("Property"):

　a.　Proceeds from Farmers NW Life Insurance Policy Number 009138164 face value of $1,000,000.00;

　b.　Real Property located at 17756 East Colt Drive, Queen Creek, Arizona.

　c.　Breitling Navitimer 43mm Watch Item Number WBTG1778;

　d.　Breitling Aviator 8 Curtis Warhawk watch with green dial, green military band Model #A133161AL1Xl, Serial #2989028;

　e.　2020 McLaren 600LT Spider VIN SBM13SAA5LW007680;

　f.　2022 GMC Sierra-K2600 AT4 4x4 Red VIN1GT49PEYXNF163905;

　g.　2022 GMC Sierra-K2500 AT4 CC 4x4 Red VIN #1GT49PEY5NF145456;

h. $74,743.00 seized on May 3, 2022;

i. Proceeds from Farmers NW Life Insurance Policy Number 009165409 face value of $1,000,000.00;

j. Proceeds from Farmers NW Life Insurance Policy Number 006704990V face value of $180,730.19;

k. Zenith EL Primera watch Item Number 1ZNTH0007;

l. Hublot Bing Bang watch Item Number WHBG0129;

m. Rolex Daytona watch 116509 Serial Number 65S626F8 21749;

n. Rolex Oyster Perpetual watch 124300 Serial Number X64G6926, AF124300X6;

o. Rolex Oyster Perpetual watch 124300 Serial Number 259G7053 2831-7351-4857;

p. 18K Yellow Gold Hockey Goalie pendant with diamonds .54 cttw and 20" yellow gold franco 5mm chain;

q. 18K white gold adjustable chain and four hearts solitaire pendants 1.03 ct HS F/VS1 GIA 14465889, 1.01 ct HS F/VS2 GIA 14913989, 1.50 ct HS D/VS1 GAI 15181577, 1.51 ct HS D/VS1 GIA 15022459;

r. Rolex Oyster Perpetual watch 124300 Serial Number X5965319 22244;

s. 18K yellow gold hockey player pendant with .15 cttw diamonds 20" 5MM Franco Chain;

t. 18K white gold bull rider pendant w/ .06 cttw diamonds 20" 5mm Franco Chain;

u. 18kt white gold wide diamond ring sq cut diamonds 5.33 emerald cut sapphires 5.74 #13604;

v. 18kt white gold ladys ring 5 oval saph 3.00 cts micro diamonds .60;

w. Rolex 40MM Oyster Perpetual Daytona White Mop8 watch Item Number GAAZ003732, Serial Number C3J48934;

x. Astron SS CSHN Brace watch Item Number GEAZ002261;

y. ¼ ctw DIA 14KW 18" station necklace Item Number CGAZ002336;

z. 8.30 ctw DIA 18KW necklace Item Number 510Z007405;

2

aa. Rolex 41 MM 904L Oystersteel Swiss-made Rolex Oyster Perpetual watch style number GAAZ003817, Serial Number 179E626;

bb. Omega Aqua Terra Limited Edition watch;

cc. Omega Speedmaster watch;

dd. Omega Seamaster watch;

ee. Degrisogono Powerbreaker watch;

ff. Real Property located at 980 County Road W, Space 1146, Fremont, Nebraska;

gg. Real Property located at 5605 North 168th Street, Omaha, Nebraska;

hh. 50% Interest in Real Property located at 2203 23rd Street, Columbus, Nebraska.

3. Based on Stenstrom's guilty plea and admission, Stenstrom forfeits his interest in the Property and the government is entitled to possession of said interest Stenstrom has in the Property pursuant to 18 U.S.C. §§ 982(a)(1), 982(b)(1) and 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 25) is granted.

2. Based upon the Forfeiture Allegation of the Information and Stenstrom's guilty plea and admission, the government is hereby authorized to seize the Property.

3. Stenstrom's interest in the Property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Property is to be held by the government in its secure custody and control.

3

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the Property in such manner as the Attorney General may direct, and notice that any person, other than the Stenstrom, having or claiming a legal interest in any of the subject Property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 8th day of June 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge