IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JEFFREY STENSTROM,<br><br>             Defendant. | **8:22CR55**<br><br>**ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT** |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JEFFREY STENSTROM,<br><br>             Defendant. | **8:23CR14**<br><br>**ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT** |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    SO ORDERED.

    Dated this 13th day of June 2023.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge
