IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JEFFREY STENSTROM,<br><br>               Defendant. | 8:23CR14<br><br>**FINAL ORDER OF FORFEITURE** |

       This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 54. Having reviewed the record in this case, the Court finds as follows:

1.     On June 8, 2023, the Court entered a Preliminary Order of Forfeiture, Filing 26, forfeiting defendant's interest in the following Property:

    a.  Proceeds from Farmers NW Life Insurance Policy Number 009138164 face value of $1,000,000.00;
    b.  Real Property located at 17756 East Colt Drive, Queen Creek Arizona;
    c.  Breitling Navitimer 43mm Watch Item Number WBTG 1778, in FBI custody;
    d.  Breitling Aviator 8 Curtis Warhawk watch with green dial, green military band Model# A133161AL1Xl, Serial# 2989028, in FBI custody;
    e.  2020 McLaren 600LT Spider VIN SBM13SAA5LW007680;
    f.  2022 GMC Sierra-K2600 AT4 4x4 Red VIN1GT49PEYXNF163905;
    g.  2022 GMC Sierra-K2500 AT4 CC 4x4 Red VIN#1GT49PEY5NF145456;
    h.  $74,743.00 seized on May 3, 2022, and currently in the custody of the FBI;
    i.  Proceeds from Farmers NW Life Insurance Policy Number 009165409 face value of $1,000,000.00;
    j.  Proceeds from Farmers NW Life Insurance Policy Number 006704990V face value of $180,730.19;
    k.  Zenith EL Primera watch Item Number 1ZNTH0007, in FBI custody;
    l.  Hublot Bing Bang watch Item Number WHBG0129, in FBI custody;
    m.  Rolex Daytona watch 116509 Serial Number 65S626F8 21749, in FBI custody;
    n.  Rolex Oyster Perpetual watch 124300 Serial Number X64G6926 AF124300X6, in FBI custody;
    o.  Rolex Oyster Perpetual watch 124300 Serial Number 259G7053 2831-7351-4857, in FBI custody;
    p.  18K Yellow Gold Hockey Goalie pendant with diamonds .54 cttw and 20" yellow gold franco 5mm chain, in FBI custody;
    q.  18K white gold adjustable chain and four hearts solitaire pendants 1.03 ct HS *FNS* 1

<ul>
<li>GIA 14465889, 1.01 ct HS <i>FNS2</i> GIA 14913989, 1.50 ct HS DNSl GAI 15181577, 1.51 ct HS DNSl GIA 15022459;</li>
<li>r. Rolex Oyster Perpetual watch 124300 Serial Number X59653 l 9 22244;</li>
<li>s. 18K yellow gold hockey player pendant with .15 cttw diamonds 20" 5MM Franco Chain, in FBI custody;</li>
<li>t. 18K white gold bull rider pendant w/ .06 cttw diamonds 20" 5mm Franco Chain, in FBI custody;</li>
<li>u. 18kt white gold wide diamond ring sq cut diamonds 5.33 emerald cut sapphires 5.74 #13604;</li>
<li>v. 18kt white gold ladys ring 5 oval saph 3.00 cts micro diamonds .60;</li>
<li>w. Rolex 40MM Oyster Perpetual Daytona White Mop8 watch Item Number GAAZ003732, Serial Number C3J48934;</li>
<li>x. Astron SS CSHN Brace watch Item Number GEAZ002261;</li>
<li>y. ¼ ctw DIA 14KW 18" station necklace Item Number CGAZ002336;</li>
<li>z. 8.30 ctw DIA 18KW necklace Item Number 5102007405;</li>
<li>aa. Rolex 41MM 904L Oystersteel Swiss-made Rolex Oyster Perpetual watch style number GAAZ003817, Serial Number 179E626;</li>
<li>bb. Omega Aqua Terra Limited Edition watch, in FBI custody;</li>
<li>cc. Omega Speedmaster watch, in FBI custody;</li>
<li>dd. Omega Seamaster watch, in FBI custody;</li>
<li>ee. Degrisogono Powerbreaker watch, in FBI custody;</li>
<li>ff. 980 County Road W, Space 1146, Fremont, Nebraska;</li>
<li>gg. 5605 North 168th Street, Omaha, Nebraska;</li>
<li>hh. 50% Interest in 2203 23rd Street, Columbus, Nebraska.</li>
</ul>

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 15, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 15, 2023. Filing 46.

3. The United States advises that PNC Bank filed a verified claim in the parallel civil action in case number 8:22-cv-240 as a valid lien holder against allegation b: 17756 East Colt Drive, Queen Creek, Arizona. Filing 54 at 2 (¶ 3).

4. The United States advises the Court that no other party has filed an ancillary petition in the above-captioned matter regarding the subject Property. Filing 54 at 2 (¶ 4). From a review of the Court file, the Court finds that no person or entity has filed a petition in this matter.

2

5. The United States' Motion for Final Order of Forfeiture requests to dismiss allegations f, g, q, x, y, and z because the United States was unable to locate and therefore seize these assets. Filing 54 at 2–3 (¶ 5).

6. The United States' Motion for Final Order of Forfeiture also requests to dismiss allegations ff, gg, and hh because those assets have been sold in the parallel civil action in case number 8:22-cv-240 and the sale proceeds constitute substitute res that are held in an interest-bearing account by the United States Marshal Service or applicable United States agency pending a final judgment in the civil action. Filing 54 at 3 (¶ 6).

7. The United States' Motion for Final Order of Forfeiture further requests to dismiss allegation b from the forfeiture allegation in the instant case as it will be adjudicated in the aforementioned parallel civil action. Filing 54 at 3–4 (¶ 7).

8. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture, Filing 54, is granted;

2. Forfeiture allegations b, f, g, q, x, y, z, ff, gg, and hh are dismissed from this matter;

3. All right, title and interest in and to the remaining above-described property taken from defendant, held by any person or entity are forever barred and foreclosed;

4. The remaining above-described property is forfeited to the government; and

5. The government is directed to dispose of the remaining defendant properties in accordance with law.

Dated this 17th day of July, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge