IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY STENSTROM,<br><br>    Defendant. | 8:23–CR–14<br><br>AMENDED FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Amended Final Order of Forfeiture. Filing 58. The Court reviews the record in this case and being duly advised in the premises, finds as follows:

1. On June 25, 2024, a Motion for Final Order of Forfeiture was filed with the Court. Filing 54.

2. On July 17, 2024, a Final Order of Forfeiture was entered by the Court. Filing 55.

3. It has come to light that the serial numbers for several assets forfeited in the Final Order of Forfeiture had a typographical error or were inadvertently omitted affecting forfeiture of the following assets:

    c. Breitling Navitimer Chronograph GMT stainless steel watch, Serial Number 2817587, in FBI custody;

    d. Breitling Aviator 8 Chronograph 43 Curtiss Warhawk watch, Serial Number 2989028, in FBI custody;

    k. Zenith El Primero Tour Auto stainless steel watch, Serial Number 314244, in

>   FBI custody;
>
>   l.  Hublot Spirit of Big Bang watch, Serial Number 1363355, in FBI custody;
>
>   m.  Rolex Cosmograph Daytona watch, Serial Number 655626F8, in FBI custody;
>
>   w.  Rolex Oyster Perpetual green faced watch, Serial Number C3548934;
>
>   aa. Rolex 41MM 904L Oystersteel Swiss-made watch, Serial Number 7195E626.

4. That forfeiture allegations b, f, g, q, x, y, z, ff, gg, and hh are still dismissed as ordered in the Final Order of Forfeiture.

5. That forfeiture allegations a, e, h, i, j, n, o, p, r, s, t, u, v, bb, cc, dd, and ee are still forfeited as ordered in the Final Order of Forfeiture.

6. The Motion for Amended Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Amended Final Order of Forfeiture, Filing 58, is granted.

2. All right, title and interest in and to the property described in paragraph 3 and taken from defendant, held by any person or entity are forever barred and foreclosed.

4. The property described in paragraph 3 is forfeited to the government.

5. The government is directed to dispose of the remaining defendant properties in accordance with law.

2

Dated this 10th day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge